Filed: July 15, 1996

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 96-6470
(CA-95-397-1)

James D. Haburn, Sr.,

Petitioner - Appellant,

versus

North Carolina Attorney General, et al,

Respondents - Appellees.

O R D E R

The Court amends its opinion filed June 6, 1996, as follows:

On the cover sheet, section 3 -- the district court information is corrected to read "Appeal from the United States District Court for the <u>Middle</u> District of North Carolina, at <u>Durham</u>. William L. Osteen, Sr., District Judge.  (CA-95-397-1)"

On page 2, line 7 of the opinion -- "E.D.N.C." is corrected to read "<u>M</u>.D.N.C."

For the Court - By Direction

/s/ Bert M. Montague

Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6470**

---

JAMES D. HABURN, SR.,

                                        Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; W. K. JONES,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Sr., District Judge.  (CA-95-397-1)

---

Submitted:  May 16, 1996                    Decided:  June 6, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

James D. Haburn, Sr., Appellant Pro Se.  Clarence Del Forge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Haburn v. North Carolina Attorney General, No. CA-95-397-1 (M.D.N.C. Mar. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

4